No. 448. CLEVELAND HOTEL PROTECTIVE COMMITTEE ET AL. *v.* NATIONAL CITY BANK OF CLEVELAND, SUCCESSOR TRUSTEE, ET AL. October 28, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE MURPHY and MR. JUSTICE BURTON took no part in the consideration or decision of this application. *Robert H. Jamison* for petitioners. *John T. Scott* for the National City Bank, and *J. Hall Kellogg* for the Cleveland Terminals Building Co., respondents.

No. 356. DEAVER *v.* UNITED STATES. October 28, 1946. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Errett G. Smith* and *Robert H. McNeill* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 503. TINNIN *v.* DUFFY, WARDEN. October 28, 1946. Petition for writ of certiorari to the Supreme Court of California denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Elizabeth Cassidy* for petitioner. *Robert W. Kenny,* Attorney General of California, for respondent.